1 | AARON D. FORD
  | Attorney General
2 | JESSICA BROWN (Bar No. 14487)
  | Deputy Attorney General
3 | State of Nevada
  | Office of the Attorney General
4 | 555 E. Washington Ave., Ste. 3900
  | Las Vegas, Nevada 89101
5 | (702) 486-3326 (phone)
  | (702) 486-3773 (fax)
6 | Email: j.brown@ag.nv.gov

7 | *Attorneys for Interested Party,*
  | *Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| TERRANCE DAVIS, | Case No. 3:23-cv-00033-RCJ-CLB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS** |
| C/O LITTLE, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections, Cody Little, Correctional Officer Searl, Correctional Officer Cob, Nurse Shrine, and all persons named and unnamed, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Jessica Brown, Deputy Attorney General, and Plaintiff, Terrance Davis, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

. . .

. . .

. . .

. . .

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 9 day of January 2024.

DATED this 5th day of January 2024.

AARON D. FORD
Attorney General

By: /s/ Terrance Davis
Terrance Davis
Plaintiff, *Pro Se*

By: /s/ Jessica Brown
Jessica Brown, (Bar No. 14487)
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED February 13, 2024

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 9, 2024, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

> Terrance Davis, #1101506
> Ely State Prison
> P.O. Box 1989
> Ely, Nevada 89301
> *Plaintiff, Pro Se*

_____
Employee of the Office of the
Nevada Attorney General